# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv335

| | |
|---|---|
| ALTHEA A. SKEELS; and CHES PARTNERS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | ) ORDER<br>) |
| BANK OF AMERICA, N.A., | )<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER** is before the court on Robert Wade Carpenter's Motion for Admission *Pro Hac Vice* of Erik David Wesoloski. It appearing that Erik David Wesoloski is a member in good standing with the Florida State Bar and will be appearing with Robert Wade Carpenter's, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert Wade Carpenter's Motion for Admission *Pro Hac Vice* (#5) of Erik David Wesoloski is **GRANTED,** and Erik David Wesoloski is **ADMITTED** to practice, *pro hac vice,* before the Bar of this court while associated with Robert Wade Carpenter.

Signed: August 26, 2009

Dennis L. Howell
United States Magistrate Judge