# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09cv335

| | |
|---|---|
| ALTHEA L. A. SKEELS, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiffs' Motion for Enlargement of Time to Serve a response to Defendant's Motion to Dismiss. Having considered plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Enlargement of Time to Serve a response to Defendant's Motion to Dismiss (#13) is **GRANTED,** and plaintiffs are allowed up to and inclusive of December 8, 2009, to so respond.

Signed: December 1, 2009

Dennis L. Howell
United States Magistrate Judge