IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CV335-MU

| | |
|---|---|
| ALTHEA L.A. SKEELS, *et al.*, ) ) Plaintiffs, ) ) vs. ) ) BANK OF AMERICA, N.A., ) ) ) Defendant. ) ) | ORDER |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate Dennis L. Howell, filed December 15, 2009. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 10 days after service of the memorandum. It appears to the Court that the parties have not filed any such objections. After an independent and thorough review of the magistrate's memorandum, the Court concludes that the recommendation to grant Defendant's Motion to Dismiss for the reasons provided in Defendant's Memorandum of Law is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are affirmed.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: January 7, 2010

Graham C. Mullen
United States District Judge