# United States District Court
# For The Western District of North Carolina
# Asheville Division

ALTHEA L.A. SKEELS, et al,

    Plaintiff(s),

vs.

BANK OF AMERICA, N.A.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09-cv-335

DECISION BY COURT.  This action having come before the Court by Motion to Dismiss and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/7/2010 Order.

January 7, 2010

FRANK G. JOHNS, CLERK

BY:   s/Joan Gosnell

Joan Gosnell, Case Manager